IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMBER YBARRA                                                                                           PETITIONER

v.                                          Case No. 4:24-cv-04026-SOH-BAB

DEXTER PAYNE, Director
Arkansas Division of Correction                                                                 RESPONDENT

## **ORDER**

On March 28, 2024, Amber Ybarra ("Ybarra") filed a Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2254 ("Petition"). ECF No. 1.[1] On June 5, 2024, the Court dismissed Ybarra's Petition without prejudice. ECF No. 10.

Before the Court is Respondent's Motion to Alter Judgment pursuant to Federal Rule of Civil Procedure 59(e). ECF No. 11. In the instant motion, Respondent argues the Court's order incorrectly dismissed the Petition without prejudice. Respondent notes the dismissal resulted from Petitioner failing to exhaust the required state remedies and contends that such a dismissal is equivalent to a determination on the merits.

Upon review, the Court finds Respondent has shown good cause for the instant motion. Petitioner's petition was dismissed because her claims were procedurally defaulted. *See Walker v. Lockhart*, 852 F.2d 379, 381 (8th Cir. 1988), *cert. denied*, 489 U.S. 1088 (1989). Dismissal for such procedural default functions as a final determination on the merits. *See Caton v. Clarke,* 70 F.3d 64, 65 (8th Cir.1995) (per curiam), *cert. denied,* 517 U.S. 1173 (1996).

---

[1] On June 3, 2024, the Parties consented to the jurisdiction of a magistrate judge to conduct all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 9. Pursuant to Rule 10 of the Rules Governing Section 2254 Cases, a Magistrate Judge may perform any of the duties of a District Judge, pursuant to 28 U.S.C. § 636.

Accordingly, Respondent's Motion to Alter Judgment (ECF No. 11) is hereby **GRANTED**. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.

**DATED this 10th day of July 2024.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE